IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–21–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PEDRO SANCHEZ JR., | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 34.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Pedro Sanchez Jr. is charged with one count of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 1), and one count of drug user in possession of a firearm, in violation of 18 U.S.C. § 922(g)(3) (Count 2), as set forth in the Indictment. (Doc. 1.) Judge DeSoto recommends that

this Court accept Sanchez's guilty plea as to both Counts after Sanchez appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 34) is ADOPTED in full.

IT IS FURTHER ORDERED that Sanchez's motion to change plea (Doc. 27) is GRANTED.

IT IS FURTHER ORDERED that Pedro Sanchez Jr. is adjudged guilty as charged in the Indictment.

DATED this 17th day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court