IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO SANCHEZ JR.,<br><br>Defendant. | CR 25–21–BU–DLC<br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 36.) Defendant Pedro Sanchez Jr. has been adjudged guilty of felon in possession of a firearm and drug user in possession of a firearm as charged in the Indictment and has admitted to its forfeiture allegation. (Doc. 38.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 36) is GRANTED.

IT IS FURTHER ORDERED that Sanchez's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Smith & Wesson SD9VE Pistol Cal.:9 SN: FWF1161
- 4 Rounds WINCHESTER-WESTERN Ammunition CAL:9
- Any associated ammunition and accessories.

1

IT IS FURTHER ORDERED that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives and/or a designated sub- 2 custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and as required by Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 17th day of December, 2025.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court