IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–21–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PEDRO SANCHEZ JR., | |
| Defendant. | |

Before the Court is the United States of America's Motion for Final Order of Forfeiture. (Doc. 41.) Having reviewed said Motion, the Court finds:

1.    The United States commenced forfeiture in this action pursuant to 18 U.S.C. § 924(d).

2.    A Preliminary Order of Forfeiture was entered on December 17, 2025 (Doc. 39), which forfeited Defendant's interest in the following property:

- Smith & Wesson SD9VE Pistol Cal.:9 SN: FWF1161
- 4 Rounds WINCHESTER-WESTERN Ammunition CAL:9
- Any associated ammunition and accessories.

3.    All known interested parties were provided an opportunity to respond and published notice has been effected, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(c)(6). (Doc. 40.)

4.

1

6.      It appears there is cause to issue an amended final order of forfeiture under 18 U.S.C. § 924(d), and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADUDGED that:

1.      The Motion for Final Order of Forfeiture (Doc. 41) is GRANTED.

2.      The following property is finally forfeited to the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, the following property:

- Smith & Wesson SD9VE Pistol Cal.:9 SN: FWF1161
- 4 Rounds WINCHESTER-WESTERN Ammunition CAL:9
- Any associated ammunition and accessories.

3.      The United States shall have full and legal title to this forfeited property and may dispose of it in accordance with law.

DATED this 3rd day of March, 2026.

Dana L. Christensen, District Judge
United States District Court

2